1
2
3
4
5
6
7
8  **IN THE UNITED STATES DISTRICT COURT**
9  **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 1:24-MC-00018-SKO |
| 12           Plaintiff, | **FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF CONTINUING GARNISHMENT** |
| 13       v. | |
| 14  JAYSON PETE COSTA, | **(Doc. 7)** |
| 15           Debtor. | Criminal Case No. 1:11-CR-00026-LJO |
| 16 | |
| 17  HARRINGTON AUTOMOTIVE, INC., D/B/A LODI CDJR, | **14-DAY DEADLINE** |
| 18 | Clerk to Assign a District Judge |
| 19           Garnishee. | |
| 20 | |

The Court, having reviewed its files and the United States' Request for Findings and Recommendations for Final Order of Continuing Garnishment, and good cause appearing, hereby recommends a Final Order of Continuing Garnishment be granted.

Accordingly, IT IS RECOMMENDED that:

1.     The United States' Request for Findings and Recommendations for Final Order of Continuing Garnishment (Doc. 7) be GRANTED;

2.     Garnishee Harrington Automotive, Inc., D/B/A Lodi CDJR, be directed to pay the Clerk

of the United States District Court twenty-five percent (25%) of Jayson Peter Costa's ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

3. Garnishee Harrington Automotive, Inc., D/B/A Lodi CDJR, be directed to pay the Clerk of the United States District Court the amount of non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses, already withheld as a result of the writ, within fifteen (15) days of the filing of the Final Order. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (1:11-CR-00026-LJO) shall be stated on the payment instrument;

3. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

5. The garnishment shall terminate when (1) the United States seeks to terminate the writ or (2) when the judgment amount is fully satisfied.

The Clerk of Court is **DIRECTED** to assign a District Judge to this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(1). **Within fourteen (14) days** after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

The Court **DIRECTS** the United States to serve copies of this Order to Garnishee Harrington Automotive, Inc., DBA Lodi CDJR, at their respective current or last known addresses.

IT IS SO ORDERED.

Dated: **March 15, 2024**     /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE

FINDINGS AND RECOMMENDATIONS                2