IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAYSON PETER COSTA,<br><br>  Debtor.<br><br>HARRINGTON AUTOMOTIVE, INC., D/B/A LODI CDJR,<br><br>  Garnishee. | Case No. 1:24-MC-00018-NODJ-SKO<br><br>**ORDER DIRECTING CLERK TO ASSIGN A DISTRICT JUDGE TO THIS MATTER AND TERMINATING WRIT OF GARNISHMENT**<br><br>(Doc. 17)<br><br>Criminal Case No. 1:11-CR-00026-LJO |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request") (Doc. 17), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED THAT:

  1.  Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on February 8, 2024, is hereby TERMINATED; and

///

///

///

ORDER TERMINATING WRIT OF
CONTINUING GARNISHMENT

1

2. The Clerk of the United States District Court is directed to ASSIGN a district judge to this matter and to thereafter CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: **December 19, 2024**       /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

ORDER TERMINATING WRIT OF
CONTINUING GARNISHMENT

2